No. 811. SELKOW *v.* CAMPBELL, FORMER FEDERAL PROHI-BITION ADMINISTRATOR, ET AL. April 27, 1931. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles Dickerman Williams* and *John Fletcher Caskey* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Mahlon D. Kiefer,* and *Paul D. Miller* for respondents.

No. 816. FIRST NATIONAL BANK, ADMINISTRATOR, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. April 27, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Rhodes S. Baker* and *Alex. F. Weisberg* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, J. Louis Monarch, Whitney North Seymour, William H. Riley, Jr., Clarence M. Charest,* and *Prew Savoy* for respondent.

No. 817. MUNN *v.* BOWERS, EXECUTOR. April 27, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Livingston Platt, John G. Jackson,* and *Eli J. Blair* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, William Cutler Thompson,* and *W. Marvin Smith* for respondent.

Nos. 818, 819, and 820. KING *v.* ALEXANDER, COLLECTOR OF INTERNAL REVENUE; and

No. 821. RUZEK *v.* SAME. April 27, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the